UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

LEENA VARUGHESE, M.D., : Civil Action No. 16-02828 (FLW)(LHG)
:
             Plaintiff, :
: **ORDER**
   v. :
:
ROBERT WOOD JOHNSON MEDICAL :
SCHOOL; MICHAEL KELLY, M.D.; :
BILLIE FYFE-KIRSCHNER, M.D.; JOHN :
AND/OR JANE DOES; and ABC :
CORPORATIONS 1-10, :
:
             Defendants. :
_____ :

    **THIS MATTER** having been opened to the Court by Genova Burns LLC (John C. Petrella, Esq., appearing), counsel for Defendants Rutgers Robert Wood Johnson Medical School, Michael Kelly, M.D., and Billie Fyfe-Kirschner, M.D. (collectively, "Defendants"), on a motion to dismiss the Amended Complaint of *pro se* Plaintiff Leena Varughese ("Plaintiff"), for failure to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6), and for failure to join a necessary party, pursuant to Fed. R. Civ. P. 12(b)(7); it appearing that Plaintiff, appearing *pro se*, opposes the motion; the Court having considered the submissions of the parties; pursuant to Fed. R. Civ. P. 78; for the reasons set forth in the Opinion filed on even date; and for good cause shown;

    **IT IS**, this 26th Day of September, 2017,

    **ORDERED** that Defendants' motion is **GRANTED**; Count I (Title VII Retaliation) as raised against Defendant RWJMS, Count II (§ 1981 Retaliation and Discrimination), Count III (NJLAD Retaliation), and Count IV (Civil RICO), are **DISMISSED WITHOUT PREJUDICE**; and Count I (Title VII Retaliation) as raised against Defendants Kelly and Fyfe-Kirschner and

1

Count V (§ 241) as raised against all Defendants are **DISMISSED WITH PREJUDICE**; and it is further

ORDERED that Plaintiff is **GRANTED LEAVE TO FILE AN AMENDED COMPLAINT**, curing the deficiencies in pleading identified in the Court's Opinion for any of the Counts dismissed by this Court without prejudice (Count I as raised against Defendant RWJMS, Count II, Count III, and Count IV) with which Plaintiff would like to proceed, **WITHIN THIRTY (30) DAYS** of this Order.

                                         /s/ Freda L. Wolfson
                                      Hon. Freda L. Wolfson, U.S.D.J.